## 28445. BUTLER *v.* THE STATE.

GARDNER, J. The special assignments of error are without merit. The evidence supports the verdict, and the court did not err in overruling the motion for new trial.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 18, 1940.

*R. L. LeSueur,* for plaintiff in error.

*E. L. Forrester, solicitor-general,* contra.

## 28446. PAIR *v.* THE STATE.

BROYLES, C. J. It is shown by the bill of exceptions and the record that the motion for new trial was overruled on the 24th day of February, 1940; and it is stated in the bill of exceptions that it was presented to the trial judge on the 23rd day of March, 1940. The bill of exceptions not having been presented to the judge within twenty days from the date of the judgment complained of therein, this court, under repeated decisions of both appellate courts of Georgia, is without jurisdiction to entertain the bill of exceptions; and the writ of error must be and is *Dismissed. MacIntyre and Gardner, JJ., concur.*

DECIDED SEPTEMBER 18, 1940.

*Joseph O. McGehee,* for plaintiff in error.

*J. R. Thompson Jr., solicitor, Lennie F. Davis,* contra.